NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DARLENE LATRICE MILLER,                         )
DOC #S37743,                                    )
                                                )
        Appellant,                      )
                                                )
v.                                              )        Case No. 2D18-4937
                                                )
STATE OF FLORIDA,                               )
                                                )
        Appellee.                       )
_____ )

Opinion filed September 4, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Charles Sniffen, Judge.

Darlene Latrice Miller, pro se.


PER CURIAM.

        Affirmed.


SILBERMAN, SALARIO, and ATKINSON, JJ., Concur.